IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAUREN GREENE a/k/a<br>LAUREN A. SYLUS | : | CIVIL ACTION |
| v. | : | |
| STATE POLICE OF PENNSYLVANIA,<br>et al. | : | NO. 17-4101 |

## ORDER

AND NOW, this 22 day of September, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis*, her *pro se* complaint, her "Emergency Motion to File an Emergency Hearing," and her "Motion to File Electronically," it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED in accordance with the Court's memorandum. Plaintiff's claims are DISMISSED without prejudice to her pursuing them in the proper courts as explained further in the Court's memorandum.

3. The "Emergency Motion to File an Emergency Hearing" is DENIED.

4. The "Motion to File Electronically" is DENIED without prejudice.

5. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
GERALD A. MCHUGH, J.